UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANA GISCOME AND CIARA LOVELANCE,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GRANDEHO'S INCORPORATED and DOES 1-10,<br><br>    Defendants. | Case No.: 13-cv-03308-YGR<br><br>**ORDER REQUIRING DEFENDANT'S COUNSEL TO FILE CERTIFICATION AND VACATING HEARING DATE** |

On October 22, 2013, Defendant Grandeho's Inc. filed a second Motion to Dismiss in this action. (Dkt. No. 17.) Defendant previously filed a Motion to Dismiss the initial complaint on September 20, 2013 (Dkt. No. 15), which the Court administratively terminated after Plaintiffs filed a First Amended Complaint.

The Court notes that, for the *second time*, Defendant has noticed a motion for hearing on a date that the Court has closed to law and motion settings. Defendant's counsel is hereby **ORDERED** to review: (i) this Court's Standing Order in Civil Cases; (ii) the Civil Local Rules regarding motion practice in this district; and (iii) the Scheduling Order for Cases Asserting Denial of Right of Access under Americans With Disabilities Act entered in this action (Dkt. No. 3). Defendant's counsel must file a certification that she has reviewed the above-referenced documents by no later than October 28, 2013.

In addition, the November 26, 2013 hearing date on the pending Motion to Dismiss is hereby **VACATED**. Defendant shall re-notice the hearing in compliance with the Court's Standing Order and Civil Local Rules.

**IT IS SO ORDERED**.

Date: October 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**