**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIOVANA GISCOME AND CIARA LOVELANCE,<br><br>      Plaintiffs,<br><br>vs.<br><br>GRANDEHO'S INCORPORATED and DOES 1-10,<br><br>      Defendants. | Case No.: 13-cv-03308-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

The Court hereby **VACATES** the case management conference currently set for January 27, 2014. A compliance hearing regarding counsels' familiarity and compliance with General Order 56 shall be held on Friday, January 31, 2014 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) verification that they have read and are complying with General Order 56 or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

IT IS SO ORDERED.

Dated: January 16, 2014

                                                                            _____
                                                                            **YVONNE GONZALEZ ROGERS**
                                                                            **UNITED STATES DISTRICT COURT JUDGE**