CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiffs


Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Blvd., Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Defendant Grandeho's Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Giovana Giscome and Ciara Lovelace,<br><br>Plaintiffs,<br><br>v.<br><br>Housing Development and Neighborhood Preservation, a California Corporation; Grandeho's Incorporated, a California Corporation; and Does 1-10,<br><br>Defendants | Case: 4:13-cv-03308-VC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF LAST DAY TO REQUEST MEDIATION** |

On May 1, 2014, the parties submitted a Joint Case Management Statement pursuant to the Court's April 17, 2014 Order Reassigning the instant case to this Court. On May 15, 2014, the Court set this matter for a Case Management Conference hearing for June 6, 2014 at 10:30 a.m.

Plaintiffs' counsel and new defense counsel in this case seek to resolve this case without the need for formal mediation. Accordingly, the parties request that the Court continue the last day to seek mediation of this matter from May 19, 2014 until June 23, 2014 to allow the parties to resolve the case without significantly increasing the costs to the clients for both parties as well as burden the Court with additional hearings. The parties will notify the Court upon reaching a resolution of this matter.

**IT IS SO STIPULATED**.

Dated: May 16, 2014                         CENTER FOR DISABILITY ACCESS

/s/ Mark D. Potter
By: _____
Mark D. Potter
Attorneys for Plaintiffs

Dated: May 16, 2014                         LAW OFFICE OF JASON GONG
*A Professional Corporation*

/s/ Jason G. Gong
By: _____
Jason G. Gong
Attorney for Defendant Grandeho's, Inc.

## [PROPOSED] ORDER

Having read the foregoing application and stipulation and good cause appearing therefore, the deadline to request mediation in this matter is hereby continued until June 23, 2014.

The parties shall notify the Court upon reaching a resolution of this matter.

**IT IS SO ORDERED**.

Dated: May 19, 2014                         _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Proposed Order for
Continuance of Last Day to Request Mediation        Case: 4:13-cv-03308-VC