CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiffs


Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Blvd., Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Defendant Grandeho's Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Giovana Giscome and Ciara Lovelace,<br><br>    Plaintiffs,<br><br>  v.<br><br>Housing Development and Neighborhood Preservation, a California Corporation; Grandeho's Incorporated, a California Corporation; and Does 1-10,<br><br>    Defendants | Case: 4:13-cv-03308-VC<br><br>**STIPULATION AND [PROPOSED]  ORDER TO VACATE TRIAL DATE AND TRIAL MANAGEMENT SCHEDULE AND ORDER AS MODIFIED** |

On June 6, 2014, the parties appeared before the Court on a Case Management Conference. The Court, among other things, directed the parties to complete mediation within 90 days, select a trial date in April 2015, and to prepare a scheduling order based on the selected April 2015 trial date.  On June 12, 2014, the parties submitted a proposed Trial Management Schedule and proposed order, which the Court signed on June 16, 2014.  *See* Documents 42, 43.

On June 23, 2014, the parties attended an ADR phone conference with the Court-appointed mediator. During the conference call, the parties and mediator discussed, among other things, the scheduling of a mediation and noted that some of the cut-off dates in the Trial Management Schedule presented potential scheduling problems for trial preparation purposes if the matter did not settle. It also appeared that the setting of a trial date was premature in light of the procedures under General Order No. 56 that govern Americans with Disabilities Act cases.

Accordingly, the parties respectfully request that the Court vacate the Trial Management Schedule and order to allow the parties to comply with the procedures under General Order 56.

**IT IS SO STIPULATED**.

Dated: June 26, 2014                    CENTER FOR DISABILITY ACCESS

/s/ Mark D. Potter
By: _____
Mark D. Potter
Attorneys for Plaintiffs

Dated: June 26, 2014                    LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

/s/ Jason G. Gong
By: _____
Jason G. Gong
Attorney for Defendant Grandeho's, Inc.

**[PROPOSED] ORDER AS MODIFIED**

Having read the foregoing application and stipulation, and good cause appearing, the Court vacates the June 16, 2014 order, setting trial of this matter for April 27, 2015 and vacates the Trial Management Schedule. The parties are directed to follow the procedures under General Order 56. A Case Management Conference is scheduled for September 23, 2014, at 10:00 a.m. An updated joint case management statement shall be due no later than September 16, 2014.

**IT IS SO ORDERED**.

Dated: July 1, 2014                     _____
                                        Honorable Vince Chhabria
                                        UNITED STATES DISTRICT JUDGE

2

Stipulation and [Proposed] Order to Vacate Trial
Date and Trial Management Schedule and Order            Case: 4:13-cv-03308-VC