CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiffs

Jason G. Gong (SBN 181298)
2121 N California Blvd., Suite 290
Phone: (925) 735-3800
Fax: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Defendants
Grandeho's Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Giovana Giscome and Ciara Lovelace,<br><br>        Plaintiffs,<br><br>   v.<br><br>Housing Development and Neighborhood Preservation, a California Corporation; Grandeho's Incorporated, a California Corporation; and Does 1-10,<br><br>        Defendants | Case: 4:13-CV-03308-VC<br><br>**JOINT APPLICATION & STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE & [~~PROPOSED~~] ORDER THEREON** |

**Whereas** a Case Management Conference (CMC) is currently scheduled for September 23, 2014; **Whereas** the parties have been engaged in settlement discussions and are continuing to seek resolution of the matter through mediation, with the continued assistance of the court assigned

mediator; and **Whereas** the mediator recommends and supports the continuance of the September 23rd CMC to allow the parties time to resolve this case. **Therefore** the parties stipulate to, and respectfully request that the Court, continue the CMC for at least forty-five days to allow the parties time to reach a full and complete resolution of this case.

The parties request leave to appear by telephone for the CMC.

**IT IS SO STIPULATED**.

Dated: September 17, 2014       CENTER FOR DISABILITY ACCESS

By: /s/ Mark D. Potter
_____
Mark D. Potter
Attorneys for Plaintiffs

Dated: September 17, 2014       LAW OFFICE OF JASON G. GONG

By: /s/ Jason G. Gong
_____
Jason G. Gong
Attorney for Defendant

## [~~PROPOSED~~] ORDER

Having read the foregoing application and stipulation, and Good Cause appearing therefore, the Court hereby continues the Case Management Conference currently scheduled for September 23, 2014, until: November 4, 2014, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: September 19, 2014

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE